AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOLLWAY, SUSAN O | District of Hawaii | 5/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address<br><br>United States District Court<br>300 Ala Moana Boulevard, #C409<br>Honolulu, HI 96850-0409 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | American Judicature Society, Hawaii Chapter |
| 2. Liaison from federal court | Hawai`i Supreme Court Commission on Professionalism |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 24 A 10: 55 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Pursuant to Section 102(e)(2), information about spouse in not provided. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. ABA Asia | Travel expenses (airfare, ground transportation, meals, hotel) to Manila to participate in forum on civil forfeiture. |
| 2. Asian American Justice Center | Travel expenses (airfare, ground transportation, meals, hotel) to Washington, DC, to receive award. |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 5/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 5/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Western Wireless common stock (merge w/Alltel) | | None | | | merge | 8/3 | J | B | |
| 2. | | | | | sell | 8/3 | J | A | |
| 3. Alltel (via merger w/Western Wireless) | | Dividend | | | sell | 12/23 | J | | |
| 4. Hawaii State Federal Credit Union common stock | A | Interest | J | T | | | | | |
| 5. American Savings Bank, FSB | A | Interest | J | T | | | | | |
| 6. Columbus Life Insurance | A | Interest | J | T | | | | | |
| 7. Illinois College Savings Bonds | A | Interest | J | T | | | | | |
| 8. U.S. Savings Bond Series EE | A | Interest | J | T | | | | | |
| 9. MFS Total Return Fund (IRA #1) | A | Dividend | | | sell | 12/29 | J | A | |
| 10. EV Worldwide (IRA #1) | A | Dividend | J | T | | | | | |
| 11. Scudder Gold (IRA #1) | A | Dividend | J | T | | | | | |
| 12. Sun America Focused (IRA #1) | | None | | | sell | 12/29 | J | A | |
| 13. Merrill Lynch Global (Main IRA) | A | Dividend | L | T | | | | | |
| 14. ML Bank | D | Interest | M | T | | | | | |
| 15. MFS Equity Portfolio (529) | | None | J | T | | | | | |
| 16. MLM 75% Equity (529) | | None | J | T | | | | | |
| 17. MLIM Equity Portfolio (529) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 5/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. FR Temp (529) | | None | J | T | buy | 8/1 | J | A | |
| 19. Sun America Focused (Main IRA) | | None | | | sell | 12/23 | J | A | |
| 20. Sun America Blue Chip Growth (Main IRA) | | None | | | sell | 7/15 | K | A | |
| 21. AIM Blue Chip (Main IRA) | | None | | | sell | 7/15 | K | A | |
| 22. AIM Age (529) | | None | | | sell | 8/1 | J | A | |
| 23. Alliance Bernstein (Main IRA) | B | Dividend | K | T | | | | | |
| 24. Alliance Bernstein Small (Main IRA) | A | Dividend | J | T | | | | | |
| 25. Fidelity Advisor Interim (Main IRA) | B | Dividend | | | sell | 12/23 | L | A | |
| 26. Ing Pilgrim Financial (Main IRA) | A | Dividend | K | T | partial sell | 7/15 | L | A | |
| 27. John Hancock Real (Main IRA) | A | Dividend | J | T | partial sell | 12/23 | J | A | |
| 28. John Hancock Regional (Main IRA) | A | Dividend | J | T | partial sell | 7/15 | J | A | |
| 29. PIMCO Total Return (Main IRA) | A | Dividend | K | T | | | | | |
| 30. ML Large Cap (Main IRA) | | None | | | sell | 7/15 | K | A | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Pursuant to Section 102(e)(2), information about spouse's investments and trusts is not provided. This affects items listed in Part VII of the 2004 disclosure as Items 7 to 11, 13, 15, 17, 19, 25 to 59, and 72 to 81.

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 5/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____                              5/18/06

NOTE: AN[...]ILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544